UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 08-05989 MMM (AJWx) |
| Date | October 12, 2010 |
| Title | *Hoberman v. Federal Deposit Insurance Corporation, et al.* |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **Order Dismissing Case**

   On August 2, 2010, the Federal Deposit Insurance Corporation ("FDIC") filed a report regarding the status of this action following passage of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010, H.R. 4173, 111th Cong. (2010).  The FDIC reported that in its view, the case should be dismissed because plaintiff had received full insurance coverage for his accounts at IndyMac Bank.  On August 20, 2010, the court directed plaintiff to file a pleading by September 7, 2010, stating whether he agreed with the FDIC that the matter should be dismissed. The court noted that in the absence of a response, it would presume that plaintiff consented to dismissal and the case would be dismissed forthwith.  To date, plaintiff has not filed a response to the court's order.  Consequently, the court directs the clerk to dismiss the action.